1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  334 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Albert Dytch

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   ALBERT DYTCH,                          )  No. 3:24-cv-03043-JCS
12                                        )
              Plaintiff,                  )  **STIPULATION FOR DISMISSAL OF**
13                                        )  **ACTION**
        vs.                               )
14                                        )
   NAMASTEY PATIO LLC, et al.,            )
15                                        )
              Defendants.                 )
16                                        )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21 _____ )

22

23

24

25

26

27

28

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendant, Namastey Patio LLC and Shu Chen Chang, as Trustee of the Hong Chi Chang and Shu Chen Chang Revocable Living Trust (collectively "Defendants"), the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action be dismissed with prejudice, except that the Court shall retain jurisdiction to enter a stipulated judgment in the event Defendants default on their payment obligations under the parties' settlement agreement. Each party is to bear its own attorneys' fees and costs.

Dated: August 30, 2024               MOORE LAW FIRM, P.C.

                                     /s/ Tanya E. Moore
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Albert Dytch

Dated: September 7, 2024             IRONHORSE LAW GROUP, P.C.

                                     /s/ Nathan L. Scheg
                                     Nathan L. Scheg
                                     Attorneys for Defendants,
                                     Namastey Patio LLC and Shu Chen Chang, as
                                     Trustee of the Hong Chi Chang and Shu Chen
                                     Chang Revocable Living Trust

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                     /s/ Tanya E. Moore
                                     Tanya E. Moore
Dated: September 9, 2024             Attorney for Plaintiff,
                                     Albert Dytch

IT IS SO ORDERED
Judge Joseph C. Spero